# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Jorge Ignacio Hernandez, Federal ID No 2914461

Admission date: July, 6, 2016

Dated September 19, 2016, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court

By: Claire Cassady, Deputy Clerk

